| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Alaska Urological Institute, P.C. |
| United States Bankruptcy Court for the: | DISTRICT OF ALASKA |
| Case number (if known) | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/25/2020**       X /s/ William R. Clark
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

**William R. Clark**
Printed name

**President, Shareholder**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Alaska Urological Institute, P.C.

United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service  Ogden, UT 84201-0039 | | Taxes | | | | $1,750,000.00 |
| 2 | Oncology Supply  PO Box 676554  Dallas, TX 75267-6554 | | Services | | | | $321,662.01 |
| 3 | Varian Medical Systems  70140 Network Place  Chicago, IL 60673-1701 | | Services | | | | $179,931.20 |
| 4 | Yut Communications LLC  PO Box 240003  Anchorage, AK 99506 | | Services | | | | $155,025.30 |
| 5 | Allscripts Healthcare LLC  24630 Network Place  Chicago, IL 60673-1246 | | Services | | | | $132,117.66 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Ruby Investments, LLC<br>PO Box 93288<br>Anchorage, AK 99503 | | Services | | | | $127,167.50 |
| 7 | Alliance Physics Solutions Inc<br>405 S. Bonnie Avenue<br>Pasadena, CA 91106 | | Services | | | | $89,683.01 |
| 8 | Cynosure Inc<br>Attn: Accounts Receivable<br>5 Carlisle Road<br>Westford, MA 01886 | | Services | | | | $84,950.00 |
| 9 | Boston Scientific<br>PO Box 951653<br>Dallas, TX 75395-1653 | | Services | | | | $69,563.00 |
| 10 | Weatherby Locums, Inc.<br>PO Box 942633<br>Dallas, TX 75397-2633 | | Services | | | | $66,791.44 |
| 11 | Premera BCBS of AK<br>POBox 91060<br>Seattle, WA 98111 | | Services | | | | $64,246.23 |
| 12 | Municipality of Anchorage<br>Dept of Finance, Treasury Div.<br>PO Box 196040<br>Anchorage, AK 99519- | | Taxes | | | | $61,828.82 |
| 13 | Allergan USA Inc.<br>12975 Collections Center Drive<br>Chicago, IL 60693-0129 | | Services | | | | $41,872.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Dendreon Pharmaceuticals LLC 1700 Saturn Way Seal Beach, CA 90740 | | Services | | | | $41,591.42 |
| 15 MIEC PO Box 22777 Oakland, CA 94609-9912 | | Services | | | | $41,228.12 |
| 16 GCI PO Box 99016 Anchorage, AK 99509-9016 | | Services | | | | $36,329.52 |
| 17 Dilon Technologies 12050 Jefferson Ave., Ste 340 Newport News, VA 23606 | | Services | | | | $33,564.14 |
| 18 NetFortris Acquisition Co Inc Dept 111017 POBox 150498 Hartford, CT 06115-0498 | | Services | | | | $32,098.23 |
| 19 Henry Schein POBox 7184 Pasadena, CA 91109-7184 | | Services | | | | $31,458.77 |
| 20 PulmOne USA 2711 Centerville Road Willmington, DE 19808 | | Services | | | | $31,000.00 |