## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA
## ANCHORAGE DIVISION

IN RE:  CHAPTER  11
**Alaska Urological Institute, P.C.**

DEBTOR(S)  CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Robert Allen, Jr. 188 W Northern Lights Blvd. Suite 800 Anchorage, AK 99503 | | | 50% |
| William Clark 188 W Northern Lights Blvd Suite 800 Anchorage, AK 99503 | | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President, Shareholder** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/25/2020  Signature: /s/ William R. Clark
**William R. Clark**
**President, Shareholder**