Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
(907) 258-6016
cabot@cclawyers.net

Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re: ) | |
| ) | |
| ALASKA UROLOGICAL INSTITUTE, P.C., ) | **Case No.: 20-00086 GS** |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**DECLARATION OF CABOT CHRISTIANSON IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY ATTORNEY**

I, Cabot Christianson, declare as follows:

1.      I am a sole practitioner at the Law Offices of Cabot Christianson, P.C.  I have been a member of the Alaska Bar since 1978.  I am admitted to practice before the United States District Court for the District of Alaska, the Court of Appeals for the Ninth Circuit, and the Courts of the State of Alaska.  My firm engages in bankruptcy, commercial litigation and general litigation. Currently I am active in a number of bankruptcy matters, representing debtors, creditors and trustees.

2.      The scope of my representation of the Debtor is to represent the Debtor in

PAGE 1        CHRISTIANSON DECLARATION
               H:\3302\MAIN\PROFESSIONALS\EMPLOY.AFF.FINAL.WPD

all aspects of its Chapter 11 case.

3. Subject to approval of this Court, Law Offices of Cabot Christianson will bill for its services in this case at its regular hourly rates, which are currently $440 per hour for Cabot Christianson, and $140 per hour for paralegal time. These rates may be raised from time to time as part of a general increase in rates. Subject to approval of this Court, Law Offices of Cabot Christianson will bill for reimbursement of costs and disbursements, including long distance telephone calls, photocopies, computerized legal services, travel and out-of-town living expenses, service fees and deposition charges, and all similar charges. Costs will be billed at the actual out of pocket payments by Law Offices of Cabot Christianson; charges for copying and facsimile transmissions which are not paid to third parties will be billed at the rate approved by this Court from time to time in other cases, within the guidelines set forth by this Court in local rules and decisions.

4. My retainer arrangement is as follows: On January 14, 2020, Debtor paid my firm a $10,000 retainer in connection with a possible bankruptcy, and/or a nonbankruptcy solution to Debtor's financial problems. Those funds were all applied to pre-petition fees. On March 20, 2020, Dr. William Clark one of the owners of the Debtor paid me $25,000 from his personal funds, and on March 23, 2020, Dr. Robert Allen, the other owner of the Debtor, paid me $25,000 from his personal funds. Both those amounts were deposited into my trust account. These latter two payments are intended as a retainer to be applied first to pre-petition work, and then to be held in trust as security for post-petition work in the event there are not sufficient unencumbered funds of the estate to cover my court-approved post-petition services. As of the petition date, and after

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016  Email: cabot@cclawyers.net

PAGE 2     CHRISTIANSON DECLARATION
           H:\3302\MAIN\PROFESSIONALS\EMPLOY.AFF.FINAL.WPD

paying the $1,717.00 filing fee, there are $35,812.00 remaining of that retainer. This retainer is allocated 50-50 to Drs. Clark and Allen.

5. I do have one longstanding relationship with the Debtor. For many years, I have been a patient of the Debtor. Dr. Clark is my urologist. Other than giving me some familiarity with Debtor's business, and with Dr. Clark, this relationship has no bearing on my representation of the Debtor in this case.

6. Except as set forth above, I have no connection in the sense of any professional relationship with the Debtor, its creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, nor does the firm or any of its attorneys hold or represent any interest adverse to the estate. I am a disinterested person as the term is defined in the Bankruptcy Code, 11 U.S.C. § 101(13).

I declare under penalties of perjury the foregoing is true and correct.

DATED March 25, 2020.

> LAW OFFICES OF
> CABOT CHRISTIANSON, PC
> Attorneys for Debtor
>
> By: /s/ Cabot Christianson
>      Cabot Christianson

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

PAGE 3    CHRISTIANSON DECLARATION
H:\3302\MAIN\PROFESSIONALS\EMPLOY.AFF.FINAL.WPD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25, 2020, a true and correct copy of the above document was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:   /s/ Margaret Stroble
          Margaret Stroble

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

PAGE 4        CHRISTIANSON DECLARATION
              H:\3302\MAIN\PROFESSIONALS\EMPLOY.AFF.FINAL.WPD