Cabot Christianson, Esq.
Alaska Bar No. 7811089
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
(907) 258-6016
cabot@cclawyers.net

Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: | ) |
| | ) |
| ALASKA UROLOGICAL INSTITUTE, P.C., | )  **Case No.: 20-xxxxx GS** |
| | ) |
| | )  Chapter 11 |
| Debtor. | ) |
| | ) |

### DECLARATION OF TINA PRESLEY

1.     My name is Tina Presley.  I am the Chief Executive Officer of Alaska Urological Institute, P. C.  ("AUI" or "Debtor").  I make the statements herein based upon my personal knowledge, and I declare under penalty of perjury that the statements are true and correct to the best of my knowledge.

### Introduction

2.     AUI is an Alaska corporation that is 50% owned by Dr. Robert C. Allen Jr. and 50% by Dr. William R. Clark.   Doctors Allen and Clark are both urologists.

3.     AUI provides medical services to the public in the areas of urology, oncology, radiation oncology, surgery, breast reconstructive and cosmetic surgery,

Page 1          DECLARATION OF TINA PRESLEY
                H:\3302\Main\Declaration of Tina Presley.wpd

pulmonology and hematology, and integrative medicine.  AUI also conducts clinical

research through a division it refers to as the Alaska Clinical Research Center (ACRC).

ACRC has 32 ongoing trials with patients enrolled in all stages of cancer therapy,

vaccine studies and new antibiotic drugs in development.  Continuation of these

treatments are critical to preserve health safety and new treatment regimens for present

and future patient lives.   AUI has approximately 25,000 patient visits per year, and

typically sees 95 to 130 patients per day.  AUI employs approximately 84 persons,

including physicians.

4.      AUI's place of business is 188 West Northern Lights Boulevard,

Anchorage, Alaska.  AUI provides its radiation oncology services on the first floor of that

building, under the name Alaska Cancer Treatment Center ("ACTC").  AUI provides its

imaging services on the first floor, and the rest of its medical services on the eighth floor

of that building, under the name Alaska Urological Institute.  A related non-debtor entity,

Alaska Medical Center, LLC ("AMC"), which is 100% owned by Dr. Clark, is a surgery

center under the name Aurora Surgery, is discussed below.

5.      In addition to Doctors Allen and Clark, AUI's physician employees are

Dr. Lawrence Strawbridge (urology),  Dr Joshua Logan (urological oncology),  Dr. Mary

Jo Wright (breast and plastic surgery), Dr. Ulyana Stiassny (primary care), and Dr.

Marek A. Martynowicz (pulmonology).  AUI's ACTC physician employees are Dr. Larry

Daugherty (radiation oncology), Dr. Jason Call (radiation oncology), and Dr. Musaberk

Goksel (oncology and hematology), and Dr. Markian Babij (naturapathic oncologist).

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8ᵗʰ Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 2        DECLARATION OF TINA PRESLEY
              H:\3302\Main\Declaration of Tina Presley.wpd

**Financial performance**

6.  The following chart shows revenue, and operating losses, for the past three

years:

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| Revenue | $18,630,234 | $21,434,904 | $21,140,955 |
| Profit (loss) | ($616,455) | ($1,731,258) | ($3,162,552) |

These figures are from AUI's in-house unaudited financial statements.    Attached as

Exhibit A hereto are the financial statements for 2019, and 2020 YTD.

7.    AUI's Chapter 11 filing was necessitated by a number of both long term

and short term factors.  Between 2012 and 2015, AUI was in partnership with USMD

Health System ("USMD"), a national medical practice management company. The

partnership was not successful, and in 2015 AUI bought out USMD's interest in the

practice.  This purchase left AUI undercapitalized.   AUI then added specialty physicians

in a variety of areas in an effort to bolster its ability to become a comprehensive cancer

treatment center.  Due to the remoteness of Alaska and the difficulty of attracting quality

professional staff, these physicians were provided salaries that in same cases exceeded

those physicians' contribution towards the business's net revenue.  The business logic

behind this decision was the expectation that the physicians would be able to grow their

practice to a level commensurate with their salaries; however, often this did not occur.

Other factors contributing to AUI's financial problems were that the shift of AUI's payer

mix - away from patients with private insurance, and towards patients covered by

Medicare and Medicaid - has resulted in a long term downward trend in revenue.  This

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 3        DECLARATION OF TINA PRESLEY
              H:\3302\Main\Declaration of Tina Presley.wpd

change in payer mix is a function of, among other things, the steadily deteriorating Alaska economy, and the aging of Alaska's population.   Other problematic factors include AUI's above-market lease rates for its space at 188 West Northern Lights Boulevard, Anchorage, and the fact that AUI has subsidized AMS, to the extent of approximately $1,464,525 from 2017 to the present.  These latter factors are discussed below.

8.     The recent coronavirus pandemic has also been a sudden, and substantial, negative factor.  In the past few weeks, AUI has seen a steep decline in patient visits. Also, the pandemic has resulted in a suspension of elective surgical procedures, under guidelines and standards set forth by the American College of Surgeons. This has resulted in cancellation of some scheduled procedures, and has also created great uncertainty going forward as to what extent surgical procedures are permissible.

**Payroll taxes due the IRS**

9.     The following chart shows the current status of payroll taxes due by AUI:

| Period | Tax | Penalty & interest | Total |
|---|---|---|---|
| Q1 2020 | $641,287 | $10,334 | $651,621 |
| Q4 2019 | $238,392 | $4,7698 | $243,160 |
| Q3 2019 | $252,243 | $60,237 | $312,380 |
| Q2 2019 | $373,053 | $94,655 | $467,708 |
| Q1 2019 | $69,858 | | $69,858 |
| Totals | | | $1,744,726 |

10.     As of March 25, 2020 ("the Petition Date"), the IRS had not yet filed a federal tax lien, but on starting on February 27, 2020, and continuing daily thereafter,

Page 4        DECLARATION OF TINA PRESLEY
             H:\3302\Main\Declaration of Tina Presley.wpd

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

IRS has intercepted all payments due to AUI from the federal government, primarily payments due from Medicare and Medicaid, and applied those payments to payroll taxes owed. Through to and including March 19, 2020, the total amount intercepted is $133,479.70.

### The Northrim Funding Services Loan

11.     AUI's primary lender is Northrim Bank. Northrim Funding Services ("Funding"), a division of Northrim Bank, provides a line of credit pursuant to a Contract of Sale and Assignment Agreement, and related documents. The documents call for AUI to sell all of its accounts receivable to Funding, at a price equal to a percentage of Eligible Invoices, a defined term, less a 1.00% monthly discount fee. The arrangement with Funding is equivalent to a line of credit at 12% annual interest secured by all of AUI's receivables.

12.     The Funding loan documents call for all payment due AUI to be deposited into a lockbox under Funding's control, and for Funding to advance funds to AUI from time to time. One of Debtor's first day motions requests that this Court order Funding to remit to Debtor, on a daily basis, proceeds received by Funding after the Petition Date. As detailed below, these post-petition lockbox receipts are necessary for Debtor to continue its post-petition operations.

### Northrim Bank loans; Anchorage office lease

13.     The owner of the 188 West Northern Lights Boulevard building is Ruby Investments, Inc. ("Ruby"). Ruby's lease with AUI commenced in 2012 and runs through May 31, 2024, with options to extend thereafter. The leased premises are the

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 5      DECLARATION OF TINA PRESLEY
            H:\3302\Main\Declaration of Tina Presley.wpd

entire 8th floor of the building, approximately 13,500 square feet, plus approximately 9,362 square feet in the southwest corner of the ground floor.   The AMC surgery center, and the AUI imaging center, are in separate offices on the ground floor.

14.    There is also a lease from Ruby to Anchorage Cancer Treatment Center, LLC, covering approximately 4,900 square feet of space on the northwest corner of the ground floor of 188 West Northern Lights Boulevard.  There is no entity named Anchorage Cancer Treatment Center, LLC; instead, Anchorage Cancer Treatment Center (ACTC)  is a division of AUI.  Both the Ruby lease with AUI, and the lease nominally to Anchorage Cancer Treatment Center, Inc., contain similar or identical provisions, apart from a description of the leased premises, and rental rates.  Both leases terminate on May 31, 2024, and have identical renewal provisions.

15.    The current monthly rent is $102,929.81 on the AUI lease, and $24,237.69 on the ACTC lease, including rent, taxes, insurance and utilities, for a total monthly rent to Ruby of $127,167.50.  Rent is paid through February 29, 2020.

16.    In order to secure AUI's and ACTC's obligations to Ruby, in 2012 Northrim Bank issued two letters of credit to Ruby, one  in the original amount $750,000 for the AUI lease, and the other in the original amount $250,000 for the ACTC lease. The lease documents provide that the letters of credit shall be renewed each year, but the amount shall be reduced by $75,000 each year for the AUI lease, and $25,000 each year for the ACTC lease.  The Northrim letters of credit are secured by a deed of trust on the leasehold.  The current total of the two letter of credit is $400,000 ($300,000 on the AUI letter of credit and $100,000 on the ACTC letter of credit), and the next anniversary date

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

DECLARATION OF TINA PRESLEY
          H:\3302\Main\Declaration of Tina Presley.wpd

is August 31, 2020.

17.    AUI anticipates that Ruby will, in the near future, call on the letters of credit to cure the outstanding rental arrearages.

18.    Tenant improvements at the leased premises were financed by two loans from Northrim Bank: Loan No. 874-1 to AUI, and Loan 161-1 to ACTC.  The combined amount due on the two loans is $5,530,471.23.  Monthly payments are $101,454.00 and are paid through January, 2020; the arrearage owed for February and March is $202,908.00.

### Pre- and post-petition payroll; physician salaries going forward

19.    AUI's most recent payroll immediately preceding the filing of this Chapter 11 petition was made on March 20, 2020.  This payroll covered the period February 24, 2020 through March 8, 2020.   There were not sufficient funds on hand to cover the entire payroll, so the non-physician employees were paid, but the physician employees were not.  Subject to approval of this Court, AUI's intention is to pay the physician employees (excepting Doctors Allen and Clark), on March 27, 2020; i.e., a one-week deferral of the physician payroll for the period February 24, 2020 through March 8, 2020. Thereafter, non-physician payroll for the period March 8, 2020 through March 21, 2020, will be paid on April 3, 2020, and the non-physician payroll will be paid every two weeks thereafter.

20.    As mentioned above, one of the major reasons AUI has experienced financial difficulties is that overall, AUI has paid its physician employees salaries that are in excess of those physicians' contributions to the company's revenue, after consideration

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8ᵗʰ Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 7        DECLARATION OF TINA PRESLEY
              H:\3302\Main\Declaration of Tina Presley.wpd

for overhead and other non-physician employee expense.  In the past few months, and continuing forward, AUI is dramatically readjusting its physician salaries, both in terms of amount and also in terms of the salaries depending in part on financial performance. This effort is a work in progress.

21.    Debtor is currently developing viable salary structures for its physician payroll, but in the near term, the second post-petition physician payroll will be made on April 10, 2020.  Debtor intends to pay each physician $5,000 as a partial payment on that physician's pay, with the balance of the physician's payroll to be paid, with the approval of this Court,  at a later date.

22.    One of Debtor's first day motions is a motion for authority to pay pre-petition wages, payroll taxes, and benefits to its physician and non-physician employees. Those benefits include vacation and leave benefits, and health insurance.  The uninterrupted payment of these pre-petition obligations is critical to the reorganization effort, because to interrupt payment to the both the physician and non-physician employees would undermine morale and support that is crucial to the Debtor's efforts to reorganize. Many of Debtor's non-physician employees cannot absorb a deferral of payment of their salaries for months on end, and Debtor's physician employees are critical to the ability of the Debtor to continue to provide medical services.   AUI does have a 401(k) plan with its employees, but does not intend to make payments on that plan during this Chapter 11.

### Cash flow projections; use of cash collateral

23.    Attached as Exhibit B hereto is a week by week projection, for the next

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 8        DECLARATION OF TINA PRESLEY
              H:\3302\Main\Declaration of Tina Presley.wpd

four weeks, of AUI's projected cash flow.  This cash flow was prepared by Leonard Horst, AUI's Chief Financial Officer, but I was significantly involved in developing these projections.   These cash flow projections form the basis of AUI's motion for permission to use cash collateral.  These projections incorporate the adjustments in physician salaries just described.

24.     Also included in the projections is a line item of $1,000 per week for patient refunds.  Patient refunds paid out during 2019 were $51,063.  AUI requests authority to pay patient refunds in the ordinary course.  This is important in order to maintain patient goodwill, and because the refunds are essentially the patients' own money.  Because of confidentiality concerns, and because AUI requests authority to pay patient refunds in the ordinary course, AUI's patients due refunds are not included in the AUI's schedules of assets and liabilities.

25.     One important assumption of the projections at Exhibit B is that the Debtor's receivables, which are collected by Northrim Funding after the Petition Date, and which would - absent this Chapter 11 filing -  be deposited into the Northrim Funding lockbox and then remitted, from time to time, from Funding to Debtor according to the Funding loan documents, be remitted from Funding to Debtor on a daily basis. The projections assume that, starting on Monday, March 30, 2020, Debtor will receive approximately $200,000 per week from patient fee receivables.  This $200,000 are the funds that are currently being deposited into the lockbox.  Without these funds, the Debtor cannot continue to operate.

**DIP Loan**

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 9        DECLARATION OF TINA PRESLEY
             H:\3302\Main\Declaration of Tina Presley.wpd

26.     In order to operate through the opening weeks of this Chapter 11 case, AUI needs cash in addition to the lockbox receipts.  Doctors Allen and Clark are willing to continue to work as full time employees of the business, and defer payment any salary for at least the first month of the Chapter 11; and in addition, are willing to loan AUI up to $200,000, secured by a priming lien on AUI's receivables, at zero interest, payable on the earlier of (1) confirmation of a plan, (2) dismissal of this case, (3) cessation of Debtor's regular business operations; (4) an order from this Court; or (5) September 1, 2020.  This financing is more favorable than can be obtained from any other source.  One of Debtor's first day motions is for authority to borrow up to $200,000 on these terms.

**The Aurora Surgery Center - Alaska Medical Center, LLC**

27.     As mentioned above, the Aurora Surgery Center a dba of Alaska Medical Center, LLC ("AMC").  AMC is an Alaska limited liability company wholly owned by Dr. William Clark.  I am the non-member manager of that LLC.  The Aurora Surgery Center is a surgical center located on the ground floor of 188 West Northern Lights. AMC is a subtenant of AUI at that location.  AUI leases its employees to AMC, and AMC reimburses AUI for those costs.

28.     Of particular interest in light of the current coronavirus crisis that AMC has two ventilators, which can be modified to serve four patients.  Ventilators are in very short supply throughout the country, and throughout the world.  See, for example, the article in yesterday's Washigton Post at:

https://www.washingtonpost.com/business/2020/03/24/scramble-medical-equipment-descends-into-chaos-us-states-hospitals-compete-rare-supplies/ ("A mad scramble for masks,

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 10        DECLARATION OF TINA PRESLEY
               H:\3302\Main\Declaration of Tina Presley.wpd

gown and ventilators is pitting states against each other and driving up prices. ...
Hospitals are ... considering using ventilators designed for large animals because they
cannot find the kind made for people.")

29.      AMC is not a debtor in this bankruptcy.  It is not a debtor of Northrim
Funding, or of Northrim Bank.  AMC  does not have employees, and  so does not have a
liability to the IRS.  AMC's assets consist of approximately $376,000 of receivables and
other current assets, approximately $486,791 of third party trade debt, and a large
account payable to AUI.  Debtor has recently reviewed and restated that payable, and
has determined that, as of March 1, 2020,  the payable owed by AMC to AUI is
$1,464,525.

30.      AUI and AMC have agreed that, during the pendency of this Chapter 11
case, AMC will promptly pay AUI for any and all post-petition expenditures made by
AUI on behalf of AMC.  See Exhibit C hereto, a letter agreement dated March 15, 2020,
and the associated agreement dated June 1, 2019.

**Arizona administrative office**

31.      AUI maintains an administrative office, under the name Alaska Medical
Specialties, at 3550 Challenger Drive, Lake Havasu, Arizona.  J&G Real Estate
Investments One, LLC, an unrelated real estate investment company, is the landlord.  The
leased space is 5,787 square feet.  Rent is $4,150 per month and is current through
January, 2020.  The lease term expires October 31, 2023.

32.      The Arizona office has 16 employees.  The office performs many of
AUI's medical billing and administrative functions, at roughly half the cost of what

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 11      DECLARATION OF TINA PRESLEY
             H:\3302\Main\Declaration of Tina Presley.wpd

equivalent office space, overhead, and payroll would cost in Alaska. I spend

approximately 20% of my time at the Arizona office, and the rest in Alaska.

**Patient safety**

33.     AUI's first and foremost concern is patient safety. In my opinion, filing

this Chapter 11 will not have any negative impact on the medical welfare or well being of

AUI's patients. In fact, the stabilizing effect of a Chapter 11 case will have a beneficial

effect, because it will preserve and protect the ability of AUI to provide quality medical

care.

Dated March 25, 2020.

Tina Presley

List of Exhibits
A      Financial statements for 2019, and 2020 YTD
B      Cash flow projections
C      Letters dated March 15, 2020 and June 1, 2019

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on March 25, 2020, a true and correct copy of the above document was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:   /s/ Margaret Stroble
      Margaret Stroble

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 West 8th Avenue, Ste 201
Anchorage, AK 99501
Phone: 907-258-6016 Email: cabot@cclawyers.net

Page 12         DECLARATION OF TINA PRESLEY
                H:\3302\Main\Declaration of Tina Presley.wpd

4:50 PM
01/10/20
Accrual Basis

**Alaska Medical Specialties**
**Combined Balance Sheet**
Case 20-00086   Filed 03/25/20   Entered 03/25/20 15:03:53   Doc# 6   Page 13 of 39

**Exhibit A**
to Declaration of Tina Presley

| | | 12/31/19 |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 4100-1 · PATIENT FEES-CLINIC | | |
| 4108 · Med/Onc - Drugs | $ | 2,572,773 |
| 4110 · Med/Onc - Physician | $ | 558,681 |
| 4106 · Patient Fees- Radiation | $ | 9,437,413 |
| 4107 · Patient Fees- Integrative | $ | 454,853 |
| 4104-1 · Revenue - Breast | $ | 504,612 |
| 4108-1 · Revenue - Urology | $ | 3,709,665 |
| 4111-1 · Revenue - Primary Care | $ | 480,742 |
| 4112-1 · Revenue - Aesthetics | $ | 286,760 |
| 4113-1 · Revenue - Anesthesia | $ | 352,563 |
| 4114-1 · Revenue - Imaging | $ | 538,775 |
| 4115-1 · Revenue - Pulmonology | $ | 408,731 |
| Total 4100-1 · PATIENT FEES-CLINIC | $ | 19,305,569 |
| 4103-1 · ACRC INCOME | $ | 1,161,100 |
| 4107-1 · MANAGEMENT SERVICES REVE | $ | 65,047 |
| 4109-1 · PATIENT REFUNDS | $ | (51,063) |
| 4250-1 · MEDICAL RECORDS | $ | 775 |
| 4915-1 · RENT INCOME | $ | 69,125 |
| 4925-1 · EMPLOYMENT REVENUE | $ | 590,402 |
| **Total Income** | $ | 21,140,955 |
| **Expense** | | |
| 5110-1 · PAYROLL EXPENSE | | |
| 5100-1 · PTO Exp - AUI | $ | 47,972 |
| 5111-1 · EMPLOYEE SIGN ON | $ | 46,042 |
| 5113-1 · SUPPORT SERVICES PAYROL | $ | 342,137 |
| 5119-1 · IMAGING PAYROLL | $ | 97,313 |
| 5121-1 · MANAGEMENT PAYROLL | $ | 382,344 |
| 5123-1 · UROLOGY PAYROLL | $ | 2,286,180 |
| 5125-1 · BILLING DEPT PAYROLL | $ | 283,445 |
| 5127-1 · ACRC PAYROLL | $ | 313,337 |
| 5129-1 · PULMONOLOGY PAYROLL | $ | 583,960 |
| 5138-1 · BREAST & COSMETIC PAYRO( | $ | 758,678 |
| 5144-1 · PRIMARY CARE PAYROLL | $ | 407,122 |
| 5150-1 · PROCEDURE SUITE PAYROL | $ | 853,008 |
| 5130 · Shared PR Exp | $ | 1,105,240 |
| 5131 · Oncology PR Exp | $ | 1,102,632 |
| 5132 · Radiation PR Exp | $ | 2,354,410 |
| 5140 · Integrative PR Exp | $ | 579,859 |
| Total 5110-1 · PAYROLL EXPENSE | $ | 11,543,679 |
| 5112-1 · PAYROLL TAX EXPENSE | | |
| 5114-1 · SUPPORT SERVICES PAYROL | $ | 30,203 |
| 5120-1 · IMAGING PAYROLL TAX | $ | 6,245 |
| 5122-1 · MANAGEMENT PAYROLL TA) | $ | 20,911 |
| 5124-1 · UROLOGY PAYROLL TAX | $ | 106,926 |
| 5126-1 · BILLING DEPT PAYROLL TAX | $ | 23,187 |
| 5128-1 · ACRC PAYROLL TAX | $ | 25,017 |
| 5136-1 · PULMONOLOGY PAYROLL T/ | $ | 19,505 |
| 5139-1 · BREAST & COSMETIC PAYR( | $ | 29,569 |
| 5145-1 · PRIMARY CARE PAYROLL T/ | $ | 18,488 |
| 5151-1 · PROCEDURE SUITE PAYROL | $ | 52,526 |
| 5133 · ACTC Misc PR Tax | $ | 80,545 |
| 5134 · Oncology PR Tax | $ | 60,603 |
| 5135 · Radiation PR Tax | $ | 97,855 |
| 5141 · Integrative PR Tax | $ | 36,785 |
| Total 5112-1 · PAYROLL TAX EXPENSE | $ | 608,363 |
| 5200-1 · EMPLOYEE BENEFITS | | |
| 5201-1 · HEALTH INSURANCE | $ | 625,328 |
| 5202-1 · PROFIT SHARING CONTRIBU | $ | 151,639 |
| 5203-1 · EMPLOYEE BENEFITS-OTHE! | $ | 4,500 |
| 5205-1 · EMP MEDICAL REIMBURSEM | $ | 171 |
| 5206-1 · HSA CONTRIBUTIONS | $ | 10,921 |
| 5207-1 · Gym Memberships | $ | 770 |

4:50 PM
01/10/20
Accrual Basis

**Alaska Medical Specialties**
**Combined Balance Sheet**
Revised as of December 31, 2019

**Exhibit A**

to Declaration of Tina Presley

Case 20-00086      Filed 03/25/20      Entered 03/25/20 13:53      Doc# 6      Page 14 of 39

| | | |
|---|---|---:|
| Total 5200-1 · EMPLOYEE BENEFITS | $ | 793,159 |
| 6180-1 · INSURANCE | | |
| 6181-1 · MALPRACTICE INSURANCE | $ | 162,035 |
| 6182-1 · WORKER'S COMPENSATION | $ | 55,890 |
| 6183-1 · LIABILITY INS | $ | 123,893 |
| 6184-1 · SHAREHOLDER INSURANCE | $ | 53,171 |
| Total 6180-1 · INSURANCE | $ | 394,989 |
| 6270-1 · PROFESSIONAL FEES | | |
| 5901-1 · LOCUMS | $ | 424,233 |
| 5902-1 · PHYSICIAN CONTRACT LABO | $ | 15,526 |
| 6271-1 · LEGAL EXPENSE | $ | 50,138 |
| 6272-1 · ACCOUNTING | $ | 19,989 |
| 6275-1 · PAYROLL SERVICES | $ | 15,399 |
| 6277-1 · IT SERVICES | $ | 246,894 |
| 6960-1 · PROFESSIONAL SERVICES | $ | 191,503 |
| Total 6270-1 · PROFESSIONAL FEES | $ | 963,681 |
| 6290-1 · RENT | | |
| 6299-1 · RENT-FAIBANKS | $ | 400 |
| 6305-1 · COPIER RENTAL | $ | 43,196 |
| 6306-1 · RENT NL188 | $ | 1,488,319 |
| 6308-1 · CITRIX LEASE | $ | 3,238 |
| 6309-1 · RENT- ARIZONA | $ | 48,300 |
| 6313-1 · Ascentium - Ultherapy Rental | $ | 24,899 |
| 6316-1 · COMPUTER EQUIPMENT LEA | $ | 63,399 |
| Total 6290-1 · RENT | $ | 1,671,752 |
| 6310-0 · REPAIR & MAINTENANCE | | |
| 6301-1 · REPAIRS & MAINTENANCE | $ | 147,129 |
| 6310-1 · MAINTENANCE AGREEMENT | $ | 394,479 |
| Total 6310-0 · REPAIR & MAINTENANCE | $ | 541,609 |
| 6600-1 · MEDICAL SUPPLY EXPENSE | | |
| 6278-1 · LABORATORY FEES | $ | 7,540 |
| 6771-1 · MEDICAL SUPPLIES | $ | 311,186 |
| 6782-1 · DRUGS | $ | 2,095,038 |
| 6790-1 · Medical Implants | $ | 36,003 |
| 6791-1 · Breast & Cosmetic Injectables | $ | 185,411 |
| 6792-2 · Breast & Cosmetic Med Suppl | $ | 12,230 |
| 6793-1 · Pharmaceutical Expenses | $ | 5,340 |
| 6984-1 · GPO Rebates | $ | (43,216) |
| Total 6600-1 · MEDICAL SUPPLY EXPENS | $ | 2,609,531 |
| 66901 · *Reconciliation Discrepancies | $ | (133) |
| 6770-1 · OFFICE EXPENSE | | |
| 6280-1 · STORAGE/SHREDDING | | |
| 6280-1 · STORAGE/SHREDDING - C | $ | 39,126 |
| Total 6280-1 · STORAGE/SHREDDING | $ | 39,126 |
| 6302-1 · MOVING EXPENSES | $ | 950 |
| 6330-1 · PRINTING | $ | 5,148 |
| 6772-1 · OFFICE SUPPLIES | $ | 68,194 |
| 6774-1 · DUES AND SUBSCRIPTIONS | $ | 70,321 |
| 6776-1 · POSTAGE AND DELIVERY | $ | 14,299 |
| 6905-1 · DELIVERY/COURIER EXPENS | $ | 3,778 |
| 7000-1 · ACRC PATIENT EXPENSE | $ | 128,689 |
| Total 6770-1 · OFFICE EXPENSE | $ | 330,504 |
| 6779-1 · UTILITIES | | |
| 6279-1 · INTERNET SERVICES | $ | 2,567 |
| 6312-1 · CABLE | $ | 2,125 |
| 6314-1 · ELECTRIC | $ | 113,821 |
| 6315-1 · MEDICAL WASTE | $ | 23,449 |
| 6500-1 · PHONES | $ | 124,529 |
| 6501-1 · WATER | $ | 849 |
| Total 6779-1 · UTILITIES | $ | 267,340 |
| 6800-1 · CONTINUING MED EDUCATION | | |
| 6802-1 · CME-FOOD | $ | 3,171 |
| 6806-1 · CONTINUING EDUCATION | $ | 12,408 |

4:50 PM
01/10/20
Accrual Basis
Case 20-00086    Filed 03/25/20    Entered 03/25/20 12:10 03:53    Doc# 6    Page 15 of 39

**Alaska Medical Specialties**
**Combined Balance Sheet**
As of December 31, 2019

Exhibit A
to Declaration of Tina Presley

| | | |
|---|---|---:|
| **6807-1 · CME-TRAVEL** | | |
| 6809-1 · CME-Travel-Airfare | $ | 12,318 |
| 6810-1 · CME-Travel-Car Rental | $ | 1,216 |
| 6813-1 · CME-Travel-Other | $ | 931 |
| 6807-1 · CME-TRAVEL - Other | $ | 78 |
| Total 6807-1 · CME-TRAVEL | $ | 14,465 |
| 6808-1 · CME-LODGING | $ | 14,576 |
| 6800-1 · CONTINUING MED EDUCATIC | $ | 290 |
| Total 6800-1 · CONTINUING MED EDUCAT | $ | 45,440 |
| **6815-0 · TRAVEL & ENTERTAINMENT** | | |
| 6400-1 · EMPLOYEE MEALS & ENTER | $ | 7,657 |
| 6811-1 · LODGING | $ | 20,835 |
| 6812-1 · MEALS & ENTERTAINMENT | $ | 55 |
| **6815-1 · TRAVEL** | | |
| 6817-1 · Travel-Car Rental | $ | 18,240 |
| 6817-1 · Travel-Car Rental | $ | 1,225 |
| 6818-1 · Travel-Other | $ | 1,114 |
| 6815-1 · TRAVEL - Other | $ | 6,781 |
| Total 6815-1 · TRAVEL | $ | 21,259 |
| Total 6815-0 · TRAVEL & ENTERTAINMEN | $ | 49,806 |
| **6820-1 · TAXES (Property & Other)** | | |
| 6830-1 · FEDERAL | $ | 138,175 |
| 6840-1 · PERSONAL PROP TAXES | $ | 73,673 |
| 6860-1 · STATE TAXES | $ | 5,254 |
| Total 6820-1 · TAXES (Property & Other) | $ | 217,102 |
| **8900-0 · OTHER EXPENSE** | | |
| 6235-1 · MEDICAL SOFTWARE SERVIC | $ | 103,898 |
| 6236-1 · NON-MEDICAL SOFTWARE S | $ | 22,101 |
| 6777-1 · LICENSES/FEES | $ | 22,552 |
| 6778-1 · JANITORIAL/LINENS | $ | 171,586 |
| 6804 · Professional Development | $ | 120 |
| 6890-1 · PEST CONTROL | $ | 1,358 |
| 6900-1 · ADVERTISING | $ | 317,192 |
| 6902-1 · MARKETING | $ | 6,958 |
| 6910-1 · RECRUITMENT | $ | 4,098 |
| 7900-1 · BANK CHARGES | $ | 90,544 |
| 8000-1 · BAD DEBT EXPENSE | $ | 667,625 |
| 8900-0 · OTHER EXPENSE - Other | $ | 28,597 |
| 8999-1 · AP ADJ. | $ | (115,153) |
| 9996-1 · DONATIONS | $ | 7,408 |
| 8900-0 · OTHER EXPENSE - Other | $ | 0 |
| Total 8900-0 · OTHER EXPENSE | $ | 1,328,885 |
| **9900-0 · INTEREST EXPENSE** | | |
| 9910-1 · INT EXP-AUI LOAN w NR | $ | 420,744 |
| 9912-1 · INT EXP- AUI LOAN w/USMD | $ | 27,593 |
| 9914-1 · INT EXP- DR LOAN w/NR | $ | 71,789 |
| 9915-1 · INT EXP-DR. CLARK- PERS LI | $ | 74,517 |
| 9916-1 · INT EXP-DR. ALLEN- PERS LI | $ | 6,228 |
| 9917-1 · INT EXP- CLARK CC | $ | 5,374 |
| 9920-1 · NORTHRIM AR FUNDING FEE | $ | 318,397 |
| 9995-1 · LOAN FEES | $ | 32,959 |
| Total 9900-0 · INTEREST EXPENSE | $ | 957,800 |
| **9900-11 · DEPRECIATION & AMORTIZATION** | | |
| 9000-1 · DEPRECIATION EXPENSE-AU | $ | 1,980,000 |
| Total 9900-11 · DEPRECIATION & AMORT | $ | 1,980,000 |
| **Total Expense** | $ | 24,303,507 |
| **Net Ordinary Income** | | **($3,162,552)** |

**Alaska Medical Specialties**
**Combined Balance Sheet**
As of December 31, 2019

Exhibit A
to Declaration of Tina Presley

Case 20-00086     Filed 03/25/20     Entered 03/25/20 15:03:53     Doc# 6     Page 16 of 39

| | Alaska Urological Institute | Alaska Cancer Treatment Center | Eliminations | TOTAL |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| **Checking/Savings** | | | | |
| 1101-1 · BANK-NR CHECKING-8244 | (82,681.85) | 0.06 | | (82,682) |
| 1105-1 · FNBA LOCK BX-CASH ACCT | 875.59 | 0.00 | | 876 |
| 1106-1 · Wells Fargo | 101.62 | 0.00 | | 102 |
| 1108-1 · ACRC 9264-CASH ACCT | 191.88 | 0.00 | | 192 |
| 1119-1 · NFS LOCK BOX | 97,754.39 | 97,754.38 | | 195,509 |
| 1197-1 · BENTO FOR BUSINESS | 9,784.10 | 0.00 | | 9,784 |
| **Total Checking/Savings** | 26,025.73 | 97,754.44 | | 123,780 |
| **Accounts Receivable** | | | | |
| **1200-1 · NET AR-AUI ROLLUP** | | | | |
| 1201-1 · AR PATIENT SVCS - AUI | 1,641,923.62 | 1,173,741.27 | | 2,815,665 |
| 1202-1 · ALLOW FOR DOUBTFUL ACCTS | (337,301.18) | (696,931.69) | | (1,034,233) |
| Total 1200-1 · NET AR-AUI ROLLUP | 1,304,622.44 | 476,809.58 | | 1,781,432 |
| 1203-1 · AR OTHER - AUI | 3,665,363.52 | 0.00 | | 3,665,364 |
| 1499-1 · UNAPPLIED DEPOSITS | 82,858.87 | 0.00 | | 82,859 |
| **Total Accounts Receivable** | 5,052,844.83 | 476,809.58 | | 5,529,654 |
| **Other Current Assets** | | | | |
| 1256-1 · EMPLOYEE ADVANCE | 151,285.88 | 0.00 | | 151,286 |
| **1299-1 · PREPAIDS** | | | | |
| 1295-1 · PREPAID INSURANCE | 93,782.89 | 93,782.90 | | 187,566 |
| 1297-1 · PREPAID OTHER | 71,615.73 | 71,615.73 | | 143,231 |
| Total 1299-1 · PREPAIDS | 165,398.62 | 165,398.63 | | 330,797 |
| **1320-1 · Inventory Asset** | | | | |
| 1321-1 · Breast Implant Inventory | 22,038.90 | 0.00 | | 22,039 |
| 1322-1 · Inventory - Injectables | 33,273.00 | 0.00 | | 33,273 |
| Total 1320-1 · Inventory Asset | 55,311.90 | 0.00 | | 55,312 |
| **Total Other Current Assets** | 371,996.40 | 165,398.63 | | 537,395 |
| **Total Current Assets** | 5,450,866.96 | 739,962.65 | | 6,190,830 |
| **Fixed Assets** | | | | |
| 1303-1 · LEASEHOLD IMPROVEMENTS | 105,314.84 | 2,501,194.67 | | 2,606,510 |
| 1304-1 · MEDICAL EQUIPMENT | 2,781,748.17 | 0.00 | | 2,781,748 |
| 1305-1 · OFFICE EQUIPMENT | 229,237.48 | 0.00 | | 229,237 |
| 1306 · Building | 0.00 | 3,295.00 | | 3,295 |
| 1307 · Capitalized Interest | 0.00 | 128,206.60 | | 128,207 |
| 1308-1 · NHL188 CONSTRUCTION | 5,316,980.98 | 0.00 | | 5,316,981 |
| 1309-1 · PROCEDURE ROOM EQUIPMENT | 856,920.58 | 0.00 | | 856,921 |
| 1500-1 · SIGNAGE | 93,426.39 | 0.00 | | 93,426 |
| 1501-1 · COMPUTER EQUIP | 675,192.46 | 90,031.39 | | 765,224 |
| 1502-1 · COMPUTER SOFTWARE | 287,065.36 | 54,725.00 | | 341,790 |
| 1503-1 · FURNITURE & FIXTURES | 249,468.40 | 112,702.26 | | 362,171 |
| 1504 · Equip Major Movable | 0.00 | 3,779,790.11 | | 3,779,790 |
| 1505-1 · ARTWORK | 80,932.65 | 0.00 | | 80,933 |
| 1506 · Communication | 0.00 | 6,455.87 | | 6,456 |
| 1601-1 · ACCUM DEPRECIATION - AUI | (8,882,015.37) | (5,880,587.63) | | (14,762,603) |
| Total 1600-1 · ACCUM DEP & AMORT ROLLUP | 1,794,271.94 | 795,813.27 | | 2,590,085 |
| **Other Assets** | | | | |
| 1256 · Employee PR Advance | 0.00 | (1,438.87) | | (1,439) |
| 1261 · Due to/from AUI | 0.00 | 11,687,597.40 | (11,361,139.83) | 326,458 |
| 1291-1 · SECURITY DEPOSIT-NHL188 | 65,353.23 | 15,092.00 | | 80,445 |
| 1318-1 · LOAN CLOSING COSTS-AUI | 56,283.75 | 69,256.00 | | 125,540 |
| 1602-1 · ACCUM AMORT - AUI | (30,151.82) | (38,090.91) | | (68,243) |
| 1711-1 · INVESTMENT IN ACTC | 1,669,251.42 | 0.00 | | 1,669,251 |
| 1714-1 · INVESTMENT IN KENAI LITHO, LLC | (225,807.95) | 0.00 | | (225,808) |
| **Total Other Assets** | 1,534,928.63 | 11,732,415.62 | | 1,906,204 |
| **TOTAL ASSETS** | 8,780,067.53 | 13,268,191.54 | | 10,687,119 |
| **LIABILITIES & EQUITY** | | | | |
| **Liabilities** | | | | |
| **Current Liabilities** | | | | |
| **Accounts Payable** | | | | |
| 2000-1 · ACCOUNTS PAYABLE | 2,313,977.76 | 148,123.56 | | 2,462,101 |
| 2000 · Accounts Payable | 32,689.88 | 0.00 | | 32,690 |
| **Total Accounts Payable** | 2,346,667.64 | 148,123.56 | | 2,494,791 |
| **Other Current Liabilities** | | | | |
| 2002 · Payroll Accrual | 0.00 | 30,030.77 | | 30,031 |
| 2002-1 · PAYROLL ACCRUAL | 53,699.90 | 511,855.44 | | 565,555 |
| 2014-1 · ACCRUED EXPENSE | 88,969.43 | 206,452.83 | | 295,422 |
| 2045-1 · Unearned Revenue | 8,761.18 | 0.00 | | 8,761 |
| 2100-1 · FWH/FICA/MEDICARE PAYABLE | 719,441.88 | 332,672.62 | | 1,052,115 |
| 2101-1 · FUTA PAYABLE | 6,760.54 | 2,234.11 | | 8,995 |
| 2102-1 · ESC PAYABLE | 13,598.44 | 12,216.75 | | 25,815 |
| 2104-1 · 401K PAYABLE-AUI | 3,814.07 | 18,022.97 | | 21,837 |
| 2106-1 · ACCRUED PTO | 191,193.75 | 38,822.60 | | 230,016 |
| 2109-1 · ACCRUED HSASAVINGS | 623.73 | (958.58) | | (335) |
| 2210-1 · PROFIT SHARING PAYABLE | 189,511.98 | 204,270.09 | | 393,782 |
| 2900-0 · CURRENT DEBT | | | | |

Alaska Medical Specialties
**Combined Balance Sheet**
As of December 31, 2019

Case 20-00086    Filed 03/25/20    Entered 03/25/20 15:03:53    Doc# 6    Page 17 of 39

| | Alaska Urological Institute | Alaska Cancer Treatment Center | Eliminations | TOTAL |
|---|---|---|---|---|
| 2150-1 · CURRENT LTD-AUI LOANS | 470,317.28 | 498,616.35 | | 968,934 |
| 2904-1 · NORTHRIM AR FUNDING | 1,077,620.56 | 1,077,620.55 | | 2,155,241 |
| **Total 2900-0 · CURRENT DEBT** | 1,547,937.84 | 1,576,236.90 | | 3,124,175 |
| **Total Other Current Liabilities** | 2,824,312.74 | 2,931,856.50 | | 5,756,169 |
| **Total Current Liabilities** | 5,170,980.38 | 3,079,980.06 | | 8,250,960 |
| Long Term Liabilities | | | | |
| 2012-1 · ACCRUED GAAP RENT EXPENSE-A | 407,089.33 | 126,144.78 | | 533,234 |
| 2261-1 · DUE TO/(FROM) ACTC-NEW | 11,361,139.83 | 0.00 | (11,361,139.83) | 0 |
| 2800-0 · LONG TERM DEBT | | | | |
| 2800-1 · AUI LOAN w NR x3874 | 2,595,563.86 | 3,013,900.98 | | 5,609,465 |
| 2901-1 · PERSONAL LOAN-CLARK | 567,258.05 | 536,700.37 | | 1,103,958 |
| 2903-1 · PERSONAL LOAN-ALLEN | 27,306.52 | 64,963.13 | | 92,270 |
| 2920-1 · AUI LOAN w USMD | 1,066,469.76 | 0.00 | | 1,066,470 |
| 2975-1 · LESS CURRENT LTD-AUI | (470,317.30) | (498,616.35) | | (968,934) |
| **Total 2800-0 · LONG TERM DEBT** | 3,786,280.89 | 3,116,948.13 | | 6,903,229 |
| **Total Long Term Liabilities** | 15,554,510.05 | 3,243,092.91 | | 7,436,463 |
| **Total Liabilities** | 20,725,490.43 | 6,323,072.97 | | 15,687,424 |
| Equity | | | | |
| 3000-1 · COMMON STOCK | 1,000.00 | 0.00 | | 1,000 |
| 3050-1 · APIC | 1,472,399.17 | 0.00 | | 1,472,399 |
| 3105-1 · 20% PURCHASE OF ACTC-NEW | (1,884,362.82) | 0.00 | | (1,884,363) |
| 32000 · Members Equity | 0.00 | 4,279,764.40 | | 4,279,764 |
| 32000 · Retained Earnings | (7,038,625.89) | 397,710.08 | | (6,640,916) |
| 3210 · USMD CTC Capital | 0.00 | (410,045.84) | | (410,046) |
| 3220 · CAPITAL BAL-AUI | 0.00 | 1,000,000.00 | | 1,000,000 |
| 3302-1 · DISTRIBUTIONS-CLARK | (796.14) | 0.00 | | (796) |
| Net Income | (4,495,037.22) | 1,677,689.93 | | (2,817,347) |
| **Total Equity** | (11,945,422.90) | 6,945,118.57 | | (5,000,304) |
| **TOTAL LIABILITIES & EQUITY** | 8,780,067.53 | 13,268,191.54 | | 10,687,119 |

**UCC SEARCH REQUEST**                                                      **2020-0114**


DISTRICT:                    500
REQUESTED NAME:    ALASKA UROLOGICAL INSTITUTE P C

EMAIL:                        MARGARET@CCLAWYERS.NET
RECEIVED DATE:        3/11/2020
PROCESSED DATE:      3/12/2020
RECEIPT NUMBER:      4606823


The undersigned filing officer hereby certifies that the preceding page(s) are a listing of all ACTIVE and/or WILDCARD filings which name the above debtor and which are on file in the UCC CENTRAL FILE SYSTEM district.


As of:          3/11/2020 4:00:00 PM


Signed:          *Navette Jackson*
                 _____
                 Recorder II


NOTE: UCC documents are shown as 'active', 'lapsed', or 'wildcard'. Filings generally remain active in our system for one year after the lapse, even if terminated before the lapse date. If a filing is not continued within the designated time, the filing status will change from 'active' to 'lapsed' for one year. Review search results carefully.

(A 'wildcard' reference means the filing does not tie to an 'active' filing; and, a filing shown as 'active' does not necessarily mean effective.)



**State of Alaska**
**Department of Natural Resources**
**UCC Central File System**
**550 West 7th Avenue Suite 108A**
**Anchorage, AK 99501-3364**
**907-269-8873**

**500 - ALASKA UROLOGICAL INSTITUTE P C**
Page 2

| | | |
|---|---|---|
| DOCUMENT: | 2012-746754-5 | DEBTOR: |
| ASSOC DOC: | 2012-746754-5 | ALASKA UROLOGICAL INSTITUTE P C |
| STATUS: | ACTIVE | 1200 AIRPORT HEIGHTS DR STE 101 |
| DOC TYPE: | FS | ANCHORAGE , AK 995082965 |
| DESCRIPTION: | FINANCING STATEMENT | |
| DATE: | 10/19/2012 | SECURED: |
| TIME: | 08:48 | CARDINAL HEALTH |
| | | 7000 CARDINAL PLACE |
| | | DUBLIN , OH 43017 |

COMMENTS:    2236583769.PDF - RCPT: 3556146

---

| | | |
|---|---|---|
| DOCUMENT: | 2017-017367-2 | SECURED: |
| ASSOC DOC: | 2012-746754-5 | CARDINAL HEALTH |
| STATUS: | ACTIVE | |
| DOC TYPE: | CO | |
| DESCRIPTION: | CONTINUATION | |
| DATE: | 09/21/2017 | |
| TIME: | 10:14 | |

------------------------------------- END OF SEQUENCE -------------------------------------

---

| | | |
|---|---|---|
| DOCUMENT: | 2013-761777-4 | DEBTOR: |
| ASSOC DOC: | 2013-761777-4 | ALASKA UROLOGICAL INSTITUTE P C |
| STATUS: | ACTIVE | 188 W. NORTHERN LIGHTS BLVD. |
| DOC TYPE: | FS | SUITE 800 , AK 99503 |
| DESCRIPTION: | FINANCING STATEMENT | |
| DATE: | 06/14/2013 | SECURED: |
| TIME: | 02:37 | NORTHRIM FUNDING SERVICES A DIVISION |
| | | OF NORTHRIM BANK |
| | | 170 120TH AVE NE SUITE 202 |
| | | BELLEVUE , WA 98005 |
| | | |
| | | DEBTOR: |
| | | ALASKA UROLOGICAL INSTITUTE PC |
| | | 188 W NORTHERN LIGHTS BLVD |
| | | SUITE 800 , AK 99503 |

COMMENTS:    1429221424.PDF - RCPT: 3675051
D; ADDRESS INDEXED AS PRESENTED

---

**State of Alaska**
**Department of Natural Resources**
**UCC Central File System**
**550 West 7th Avenue Suite 108A**
**Anchorage, AK 99501-3364**
**907-269-8873**

**500 - ALASKA UROLOGICAL INSTITUTE P C**
Page 3

DOCUMENT:      2018-010406-1                    SECURED:
ASSOC DOC:     2013-761777-4                    NORTHRIM FUNDING SERVICES A DIVISION
STATUS:        ACTIVE                           OF NORTHRIM BANK
DOC TYPE:      CO
DESCRIPTION:   CONTINUATION
DATE:          06/11/2018
TIME:          02:53

------------------------------------- END OF SEQUENCE -------------------------------------

DOCUMENT:      2015-022973-0                    DEBTOR:
ASSOC DOC:     2015-022973-0                    ALASKA UROLOGICAL INSTITUTE P C
STATUS:        ACTIVE                           188 WEST NORTHERN LIGHTS BLVD #800
DOC TYPE:      FS                               ANCHORAGE , AK 99503
DESCRIPTION:   FINANCING STATEMENT
DATE:          12/18/2015                       SECURED:
TIME:          11:10                            DE LAGE LANDEN FINANCIAL SERVICES INC
                                                1111 OLD EAGLE SCHOOL ROAD
                                                WAYNE , PA 19087

DOCUMENT:      2016-000767-9                    SECURED:
ASSOC DOC:     2015-022973-0                    DE LAGE LANDEN FINANCIAL SERVICES INC
STATUS:        ACTIVE
DOC TYPE:      AM
DESCRIPTION:   AMENDMENT
DATE:          01/15/2016
TIME:          10:15

------------------------------------- END OF SEQUENCE -------------------------------------

DOCUMENT:      2016-002534-8                    DEBTOR:
ASSOC DOC:     2016-002534-8                    ALASKA UROLOGICAL INSTITUTE P C
STATUS:        ACTIVE                           188 W NORTHERN LIGHTS BLVD STE 800
DOC TYPE:      FS                               ANCHORAGE , AK 99503
DESCRIPTION:   FINANCING STATEMENT
DATE:          02/12/2016                       SECURED:
TIME:          11:16                            DE LAGE LANDEN FINANCIAL SERVICES INC
                                                1111 OLD EAGLE SCHOOL ROAD
                                                WAYNE , PA 19087

------------------------------------- END OF SEQUENCE -------------------------------------

**State of Alaska**
**Department of Natural Resources**
**UCC Central File System**
**550 West 7th Avenue Suite 108A**
**Anchorage, AK 99501-3364**
**907-269-8873**

**500 - ALASKA UROLOGICAL INSTITUTE P C**
Page 4


DOCUMENT:      2016-012458-8            DEBTOR:
ASSOC DOC:     2016-012458-8            ALASKA UROLOGICAL INSTITUTE P C
STATUS:        ACTIVE                   188 W NORTHERN LIGHTS BLVD., #800
DOC TYPE:      FS                       ANCHORAGE , AK 99503
DESCRIPTION:   FINANCING STATEMENT
DATE:          07/01/2016              SECURED:
TIME:          12:12                    NORTHRIM BANK
                                        PO BOX 241489
                                        ANCHORAGE , AK 99524



------------------------------------ END OF SEQUENCE ------------------------------------


DOCUMENT:      2016-018016-8            DEBTOR:
ASSOC DOC:     2016-018016-8            ALASKA UROLOGICAL INSTITUTE P C
STATUS:        ACTIVE                   188 W. NORTHERN LIGHTS BLVD., SUITE
DOC TYPE:      FS                       800
DESCRIPTION:   FINANCING STATEMENT     ANCHORAGE , AK 99503
DATE:          09/27/2016
TIME:          10:38                    SECURED:
                                        MCKESSON CORPORATION AND ITS
                                        AFFILIATES
                                        401 MASON ROAD
                                        LA VERGNE , TN 37086



------------------------------------ END OF SEQUENCE ------------------------------------


DOCUMENT:      2019-006852-2            DEBTOR:
ASSOC DOC:     2019-006852-2            ALASKA UROLOGICAL INSTITUTE P C
STATUS:        ACTIVE                   188 W NORTHERN LIGHTS BLVD, STE 800
DOC TYPE:      FS                       ANCHORAGE, AK 99503
DESCRIPTION:   FINANCING STATEMENT
DATE:          04/22/2019              SECURED:
TIME:          11:07                    NORTHRIM BANK
                                        3111 C ST, PO BOX 241489
                                        ANCHORAGE, AK 995241489

COMMENTS:      19047TAPBQG - RCPT: 4489661

------------------------------------ END OF SEQUENCE ------------------------------------




**State of Alaska**
**Department of Natural Resources**
**UCC Central File System**
**550 West 7th Avenue Suite 108A**
**Anchorage, AK 99501-3364**
**907-269-8873**

**500 - ALASKA UROLOGICAL INSTITUTE P C**
Page 5

```
DOCUMENT:      2019-013188-2              DEBTOR:
ASSOC DOC:     2019-013188-2              ALASKA UROLOGICAL INSTITUTE P C
STATUS:        ACTIVE                     188 W NORTHERN LIGHTS BLVD., STE.800
DOC TYPE:      FS                         ANCHORAGE, AK 99503
DESCRIPTION:   FINANCING STATEMENT
DATE:          07/24/2019                 SECURED:
TIME:          11:30                      NORTHRIM BANK
                                          PO BOX 241489
                                          ANCHORAGE, AK 99524

COMMENTS:      1907GB8YEJN - RCPT: 4517199
```

------------------------------------- END OF SEQUENCE -------------------------------------

**State of Alaska**
**Department of Natural Resources**
**UCC Central File System**
**550 West 7th Avenue Suite 108A**
**Anchorage, AK 99501-3364**
**907-269-8873**

2012-746754-5

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME + PHONE OF CONTACT AT FILER (optional) |
| --- |
| HERNDON, ELLYN 8505210821 |
| filingdept@cscinfo.com |

| B. SEND ACKNOWLEDGMENT TO:( Name and Address) |
| --- |
| Corporation Service Company [70626578] |
| 801 Adlai Stevenson Dr |
| Springfield IL 62703 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | | | | |
| --- | --- | --- | --- | --- |
| OR | 1a. ORGANIZATION'S NAME | | | |
| | Alaska Urological Institute, P.C. | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 1200 AIRPORT HEIGHTS DR STE 101 | Anchorage | AK | 99508-2965 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | Corporation | AK | 15475D |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | | | | |
| --- | --- | --- | --- | --- |
| OR | 2a. ORGANIZATION'S NAME | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
| --- | --- | --- | --- | --- |
| OR | 3a. ORGANIZATION'S NAME | | | |
| | Cardinal Health | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 7000 Cardinal Place | Dublin | OH | 43017 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

**See Attached**

**5. ALTERNATIVE DESIGNATION** (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attached Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA** covers the following collateral:
[70626578]

SECURED PARTY COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Attachment - Collateral Information: it is generated by the system.**

All Debtor's fixtures, goods, machinery, equipment, vehicles, inventory, leasehold improvements, accounts, accounts receivable, deposit accounts, including without limitation, those maintained with a bank or other financial institution, and all money, letter of credit rights and letter of credit proceeds and assignments thereof, chattel paper, including electronic chattel paper, documents, notes receivable, instruments, investment property, contract rights, general intangibles (including without limitation, all intellectual property, trade names, trade marks, trade secrets, service marks, patents, patent applications, copyrights, literary rights, royalties, data bases, software and software systems, licenses, franchises, customer lists, goodwill, and tax refunds), books and records, prescription files, patient lists, computer programs and records, and all other personal property, tangible or intangible (including, without limitation, all signs, appliances, cash registers, computers, computer software, shelving, check-out counters, compressors, freezers, coolers, display cases, customer records, sundries, tobacco products, prescription and over-the-counter pharmaceutical products, health and beauty aids, home healthcare products and general merchandise and supplies); all accessions and additions to, substitutions for, and replacements of any of the foregoing; all proceeds or products of any of the foregoing; and all rights to payments under any insurance or warranty, guaranty, or indemnity payable with respect to any of the foregoing (collectively, the "Collateral").

** End **

Case 20-00086    Filed 03/25/20    Entered 03/25/20 15:03:51    Doc# 6    Page 36 of 39    2

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| |
|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>**Corporation Service Company    1-800-858-5294** |
| B. E-MAIL CONTACT AT FILER (optional)<br>**SPRFiling@cscinfo.com** |
| C. SEND ACKNOWLEDGMENT TO:   (Name and Address)<br><br>┌ 1364 13328<br>Prepared By:<br>Corporation Service Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703-4261          Filed In: Alaska<br>└                                                 (S.O.S.) ┘ |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>2012-746754-5 10/19/2012 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: **attach** Amendment Addendum (Form UCC3Ad) **and** provide Debtor's name in item 13 |
|---|---|

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, **and** address of Assignee in item 7c **and** name of Assignor in item 9
For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

**4.** ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:                    **AND** Check **one** of these three boxes to:

This Change affects ☐ Debtor **or** ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; **and** item 7a or 7b **and** item 7c | ☐ ADD name: Complete item 7a or 7b, **and** item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME **ALASKA UROLOGICAL INSTITUTE, P.C.** | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE:** Also check **one** of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME **CARDINAL HEALTH** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
1364 13328

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Corporation Service Company
2711 Centerville Rd. Ste. 400
Wilmington DE 19808

Exhibit C
Page 8 of 20

2013-761777-4

Recording District   500   UCC Central File

06/14/2013 02:37 PM          Page 1 of  1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME +PHONE OF CONTACT AT FILER (optional)
**Herndon, Ellyn 8009279801**
**filingdept@cscinfo.com**

B. SEND ACKNOWLEDGMENT TO:( Name and Address)

**Corporation Service Company [76894221]**
**801 Adlai Stevenson Dr**
**Springfield IL 62703**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME **Alaska Urological Institute, P.C.** | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS **188 W. Northern Lights Blvd.** | CITY **Suite 800** | STATE **AK** | POSTAL CODE **99503** | COUNTRY **USA** |
|---|---|---|---|---|

| 1d. <u>SEE INSTRUCTIONS</u> | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **Corporation** | 1f. JURISDICTION OF ORGANIZATION **AK** | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. <u>SEE INSTRUCTIONS</u> | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only <u>one</u> secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME **Northrim Funding Services, a division of Northrim Bank** | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS **170 120th Ave NE Suite 202** | CITY **Bellevue** | STATE **WA** | POSTAL CODE **98005** | COUNTRY **USA** |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following collateral:

**Contract of Sale & Assignment Agreement/Contract for the purchase of all Accounts Receivable Invoices and all rights securing payment of such Accounts Receiveable Invoices, and rights to payment of every kind, together with all cash and non-cash proceeds thereof, now due or at any time hereafter coming due to the Client; all interest of the Client in any goods, the sale or lease of which shall have given or shall give rise to any of the foregoing, including goods refused or returned to Client, wherever located.**

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attached Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA covers the following collateral:
**76894221**

SECURED PARTY COPY - UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Exhibit B
Page 9 of 20

**A L A S K A**

# 2018 – 010406 – 1

**Recording District 500 UCC Central File**
06/11/2018 02:53 PM        Page 1 of 1

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC   1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**
1477 44184
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703
Filed in: Alaska
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2013-761777-4 06/14/2013

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:    AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
**6a. ORGANIZATION'S NAME** Alaska Urological Institute, P.C.
OR **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
**7a. ORGANIZATION'S NAME**
OR **7b. INDIVIDUAL'S SURNAME**
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)         SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY USA

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
**9a. ORGANIZATION'S NAME** Northrim Funding Services, a division of Northrim Bank
OR **9b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. **OPTIONAL FILER REFERENCE DATA:** Debtor: Alaska Urological Institute, P.C.
1477 44184

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Exhibit B
Page 10 of 20

2015 — 022973 — 0

Recording District 500 UCC Central File
12/18/2015 11:10 AM    Page 1 of 2

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Corporation Service Company    1-800-858-5294

**B. E-MAIL CONTACT AT FILER** (optional)
SPRFiling@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

109403744 - 332200
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Filed In: Alaska
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | ALASKA UROLOGICAL INSTITUTE, P.C. | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 188 West Northern Lights Blvd. #800 | CITY Anchorage | STATE AK  POSTAL CODE 99503 | COUNTRY USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | De Lage Landen Financial Services, Inc. | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 1111 Old Eagle School Road | CITY Wayne | STATE PA  POSTAL CODE 19087 | COUNTRY USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
The collateral described in Schedule 'A' attached hereto and made a part hereof, including all additions, attachments, accessions, substitutions, replacements and proceeds of such collateral.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: TFV103966

109403744

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company

# SCHEDULE A

# System Description

Schedule A forming part of the Lease Agreement by and between   De Lage Landen Financial Services Inc.   ("Lessor") and

Alaska Urological Institute, P.C.   ("Lessee")

Reference Number:   TFV103966

System Description:

| | |
|---|---|
| Adobe Acrobat Standard DC 2015<br>License - 1 user - TLP - level 1 ( 1+ ) - Win - Universal English<br>65258474AD01A00 | 10 |
| Nutanix (4 Node) | 1 |
| Dell P2214H<br>LED monitor - 22" - 1920 x 1080 FullHD - IPS - 250 cd/m2 - 1000:1 - 8 ms - DVI-D, VGA, DisplayPort - black - with 3-Years Advanced Exchange Service and Premium Panel Guarantee<br>P2214H | 120 |
| Microsoft Office Standard 2016<br>License - 1 PC - MOLP: Open Business - Win - Single Language<br>021-10554 | 40 |
| Microsoft Windows Virtual Desktop Access<br>Subscription license ( 1 month ) - 1 device - additional product - MOLP: Open Value - Win - Single Language<br>4ZF-00014 | 75 |
| Dell Wyse 3002 Xenith 3<br>Zero client - DTS - 1 x ARMADA PXA2128 / 1.2 GHz - RAM 2 GB - flash 4 GB - GigE - WLAN : 802.11a/b/g/n - Dell Wyse Zero Engine - Monitor : none<br>909628-01L | 20 |
| Dell Wyse 3002 Xenith 3<br>Zero client - DTS - 1 x ARMADA PXA2128 / 1.2 GHz - RAM 2 GB - flash 4 GB - GigE - no OS - Monitor : none<br>909627-01L | 70 |
| Cisco Small Business SG500X-48P<br>Switch - L3 - managed - 48 x 10/100/1000 (PoE) + 4 x 10 Gigabit SFP+ - rack-mountable - PoE<br>SG500X-48P-K9- | 2 |
| Microsoft Windows Server 2012 R2 Standard<br>License - 2 processors - MOLP: Open Business - Single Language<br>P73-06285 | 5 |

Page _____1_____ of _____1_____.

YOU AGREE THAT A FACSIMILE COPY OF THIS DOCUMENT WITH FACSIMILE SIGNATURES MAY BE TREATED AS AN ORIGINAL AND WILL BE ADMISSIBLE AS EVIDENCE IN A COURT OF LAW.

| | LESSEE SIGNATURE | | LESSOR ACCEPTANCE | |
|---|---|---|---|---|
| | Signature X | | Signature X | |
| | Print Name  William Clark M.D | | Print Name | |
| | Title  President | | Title | |
| | Date  12-14-15 | | Date | |
| | Legal Name of Corporation  Alaska Urological Institute, P.C. | | Legal Name of Corporation  De Lage Landen Financial Services Inc. | |

©2007 All Rights Reserved  07TFDOC028 8/07

Exhibit B

Page 12 of 20

Page 2 of 2
2015 - 022973 - 0

**2016-000767-9**

A
L
A
S
K
A

Recording District 500 UCC Central File
01/15/2016 10:15 AM          Page 1 of 2

|||||||||||||||||||||||||||||||||||||||||||||||

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Corporation Service Company    1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscinfo.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

110524515 - 332200

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703                    Filed In: Alaska
                                         (S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2015-022973-0 12/18/2015

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME ALASKA UROLOGICAL INSTITUTE, P.C.

OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☑ **COLLATERAL CHANGE:**  Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:
**See attached Lease Agreement Addendum dated 1/13/16 to that certain Lease Agreement dated 12/14/15 REF#103966 between Alaska Urological Institute, P.C. ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor").**

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME De Lage Landen Financial Services, Inc.

OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA: Debtor: ALASKA UROLOGICAL INSTITUTE, P.C.
110524515

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Corporation Service Company
Rd., Ste. 400
Wilmington, DE 19808

## LEASE AGREEMENT ADDENDUM

ADDENDUM ("Addendum"), dated as of the 13th day of January 2016, to that certain Lease Agreement dated 12/14/15 REF#TFV103966   ("Agreement") between Alaska Urological Institute, P.C.  ("Lessee") and De Lage Landen Financial Services, Inc. ("Lessor").

The parties, intending to be legally bound, agree that the Agreement shall be amended as follows:

1.  The following items are being corrected on the Schedule A:

    The quantity of the Nutanix (4 Node) is listed as 1. The correct quantity is 4.
    The Dell Wyse 3002 model number is incorrect. The correct model number is 3020.

2.  The monthly payments are being adjusted in accordance with Section 1 of the Terms and Conditions. The supplier's estimate of the cost was lower than invoiced. As such the monthly payments are being increased from 3 @ $0 followed by 60 @ $5,145.64 to 3 @ $0 followed by $5,149.96.

3.  All capitalized words terms used but not defined in this Addendum will have the meanings given to them in the Agreement.  Except to the extent modified by this Addendum, the terms and conditions of the Agreement shall remain in full force and effect.

4.  It is expressly agreed by the parties that this Addendum is supplemental to the Agreement which is by reference made a part hereof and all the terms and conditions and provisions thereof, unless specifically modified herein, are to apply to this Addendum and are made a part of this Addendum as though they were expressly rewritten.

5.  In the event of any conflict, inconsistency or incongruity between the provisions of this Addendum and any of the provisions of the Agreement, the provisions of this Addendum shall in all respects govern and control.

IN WITNESS WHEREOF, each party has caused its duly authorized officer to execute this Amendment, as of the date first written above.

LESSEE:                                                LESSOR:
Alaska Urological Institute, P.C                       De Lage Landen Financial Services, Inc.

By: _____                         By: _____
Name: William R. Clark MD.                            Name: _____
Title: President AUI                                  Title: _____

A
L
A
S
K
A

## 2016 – 002534 – 8

**Recording District 500 UCC Central File**
**02/12/2016 11:16 AM          Page 1 of 2**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)** | |
| Corporation Service Company    1-800-858-5294 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| SPRFiling@cscinfo.com | |

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

```
111790562 - 332200
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
                              Filed In: Alaska
                              (S.O.S.)
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME**: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Alaska Urological Institute, P.C. | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 188 W NORTHERN LIGHTS BLVD STE 800 | CITY ANCHORAGE | STATE AK | POSTAL CODE 99503 | COUNTRY USA |

2. **DEBTOR'S NAME**: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME De Lage Landen Financial Services, Inc. | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS 1111 Old Eagle School Road | CITY Wayne | STATE PA | POSTAL CODE 19087 | COUNTRY USA |

4. **COLLATERAL**: This financing statement covers the following collateral:
The collateral described in Schedule 'A' attached hereto and made a part hereof, together with all components, additions, upgrades, attachments, accessions, substitutions, replacements and proceeds of such collateral.  This filing relates only to the aforementioned collateral, and is not intended to create or perfect a lien on all of the debtor's assets.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
111790562

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
251 Little Falls Dr. Ste. 400
Wilmington, DE 19808

# SCHEDULE A

## System Description

Schedule A forming part of the Lease Agreement by and between  **DE LAGE LANDEN FINANCIAL SERVICES, INC.**  ("Lessor") and

**ALASKA UROLOGICAL INSTITUTE, P.C.**  ("Lessee")

Reference Number:  TFV105378

System Description:

1- IMPRIVATA

1- Nutanix

2- Citrix NetScaler MPX 5550 Platinum Edition
Load balancing device - 10Mb LAN, 100Mb LAN, GigE - 1U - EASY - rackmountable

2- Citrix Appliance Maintenance Gold
Extended service agreement - advance parts replacement - 1 year - shipment -
24x7 - response time: 1 business day - for P/N: 3006525-EZ

2- Cisco Small Business SG500X-48P
Switch - L3 - managed - 48 x 10/100/1000 (PoE) + 4 x 10 Gigabit SFP+ - rackmountable
- PoE

Page

YOU A...                                                      ...GNATURES MAY BE TREATED AS AN ORIGINAL AND WILL BE ADMISSIBLE AS EVIDENCE IN
A COU...

| LESSEE SIGNATURE | | LESSOR ACCEPTANCE | |
|---|---|---|---|
| S... | | Signature X | |
| P... | | Print Name | |
| Ti... | | Title | |
| D... | | Date | |
| Le... | | Legal Name of Corporation DE LAGE LANDEN FINANCIAL SERVICES, INC. | |

**Page 2 of 2**

2016 – 002534 – 8

©2007 All Rights Reserved. Printed in the U.S.A. (07TFDDC028)

Exhibit B

A
L
A
S
K
A

# 2016 − 012458 − 8

**Recording District 500 UCC Central File**
07/01/2016 12:12 PM          Page 1 of 1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Mary Fox (907)261-4615 *** 1913874

**B. E-MAIL CONTACT AT FILER** (optional)
mary.fox@nrim.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

NORTHRIM BANK
3111 C STREET
ANCHORAGE, AK 99524-1489

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Alaska Urological Institute, P.C. | | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 188 W Northern Lights Blvd., #800 | Anchorage | AK | 99503 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NORTHRIM BANK | | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3111 C Street, PO Box 241489 | Anchorage | AK | 99524-1489 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Assignment of security interest to Lender of all rents and other income from the management agreement and sub-lease between Alaska Urological Institute and Alaska Medical Center.; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Central Filing - $20.00

Exhibit B

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

D+H
400 S.W. 6th Avenue, Portland, Oregon 97204

**2016 — 018016 — 8**

A
L
A
S
K
A

Recording District 500 UCC Central File
09/27/2016 10:38 AM        Page 1 of 1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional) | |
| Corporation Service Company    1-800-858-5294 | |

**B. E-MAIL CONTACT AT FILER** (optional)
SPRFiling@cscinfo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

1217 48443
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
Filed In: Alaska
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Alaska Urological Institute, P.C. | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 188 W. NORTHERN LIGHTS BLVD., SUITE 800 | CITY Anchorage | STATE AK | POSTAL CODE 99503 | COUNTRY USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME McKesson Corporation and its affiliates | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 401 Mason Road | CITY La Vergne | STATE TN | POSTAL CODE 37086 | COUNTRY USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
1217 48443

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Corporation Service Company
Page 18 of 20

2019-006852-2

A
L
A
S
K
A

Recording District 500 UCC Central File
04/22/2019 11:07 AM          Page 1 of 1

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Sherry 907-261-3515

**B. E-MAIL CONTACT AT FILER (optional)**
sherry.smith@nrim.com

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Northrim Bank
PO Box 241489
Anchorage, AK 99524

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Alaska Urological Institute, P.C. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 188 W Northern Lights Blvd, Ste 800 | Anchorage | AK | 99503 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Northrim Bank | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 3111 C St, PO box 241489 | Anchorage | AK | 995241489 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**All right, title and interest in the membership interests of Alaska Urological Institute, P.C., in Anchorage Cancer Treatment Center, LLC including both economic rights, for example dividends, distributions, and proceeds that would**

**otherwise be paid to Alaska Urological Institute, P.C.; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Sherry **3874-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Exhibit B
Page 19 of 20

**2019-013188-2**

Recording District 500 UCC Central File
07/24/2019 11:30 AM          Page 1 of 1

A
L
A
S
K
A

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Marion 907-261-3320**

B. E-MAIL CONTACT AT FILER (optional)
**docunit@nrim.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Northrim Bank**
**PO Box 241489**
**Anchorage, AK 99524**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Alaska Urological Institute, P.C.** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **188 W Northern Lights Blvd., Ste.800** | **Anchorage** | **AK** | **99503** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Northrim Bank** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **PO Box 241489** | **Anchorage** | **AK** | **99524** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**Alaska Urological Institute, P.C. pledge of 50.00% of the net proceeds of any equity sale; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**Central Filing/7101913874-1**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Exhibit B
Page 20 of 20



March 15, 2020

Dr. William R. Clark, Owner
Alaska Medical Center, LLC
dba Aurora Surgery Center
Suite 110, 188 W. Northern Lights Blvd.
Anchorage, AK 99503

Re: Premises, Equipment and Personnel Leases

Dear Dr. Clark,

Further to our letter of June 1, 2019 regarding the captioned leases, this is to confirm our agreement regarding the changes in rental fees established last June.

The changes we agreed to at the last writing were as follows:

- Effective immediately (June 1, 2019), AMC will lease the three noted items on Tuesday and Wednesday each week. The remaining days will be available to AUI for its use in any manner it chooses.

- It has been further agreed that if AMC fills its schedule for Tuesday and Wednesday and needs additional time in the center for surgeries/procedures, AUI will adjust its schedule and provide all three items noted in the leases. AMC will provide adequate notice to AUI when the need for additional time is identified in order that AUI can ensure the required staff is in place.

- AUI has agreed to reduce the monthly rent for premises and equipment to $125.00 per case.

- AUI has also agreed to reduce its monthly management fee to 5.00%.

- The rental fees for staff continue at actual hourly costs or salary plus twenty five percent (25.00%) to cover taxes and benefits.

Sincerely,

Tina Presley
Chief Executive Officer
(907) 276-2844

Acknowledged and Accepted
William R. Clark, MD

Exhibit C
Page 1 of 2

     

June 1, 2019

Dr. William R. Clark
Owner
Alaska Medical Center, LLC
dba Aurora Surgery Center
Suite 110, 188 W. Northern Lights Blvd.
Anchorage, AK 99503

Re: Premises, Equipment and Personnel Leases

Dear Dr. Clark,

We are writing today to confirm our discussions regarding the leases for space, equipment and personnel between Alaska Urological Institute, P.C. (AUI) and Alaska Medical Center, LLC (AMC). Effective immediately (June 1, 2019), AMC will be leasing the three noted items on Tuesday and Wednesday each week. The remaining days will be available to AUI for its use in any manner it chooses.

It has been further agreed that if AMC fills its schedule for Tuesday and Wednesday and needs additional time in the center for surgeries/procedures, AUI will adjust its schedule and provide all three items noted in the leases. AMC will provide adequate notice to AUI when the need for additional time is identified in order that AUI can ensure the required staff is in place.

AUI has agreed to reduce the monthly rent for space and equipment to $125.00 per case. AUI has also agreed to reduce its monthly management fee to 5.00%. These changes are effective June 1, 2019.

Sincerely,

Tina Presley
Chief Executive Officer
(907) 276-2844                               _____
                                            Acknowledged and Accepted
                                            William R. Clark, MD

Exhibit C
Page 2 of 2